Harry Poticka et al., appellants, v. Mabel C. Wolffs, appellee. Gen. No. 34,544.

Opinion filed May 13, 1931.

Millard R. Powers and William Jay Robinson, for appellants. Michael F. Ryan and Charles E. Lewis, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

The Guarantee Company of North America, appellee, v. Wm. V. Hoier, appellant. Gen. No. 34,559.

Opinion filed May 13, 1931.

Louis W. Reinecker, Jr., for appellant; Frederick C. Jonas, of counsel. Eugene P. Kealy, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Erwin E. Cowen, appellee, v. Paul Schulte and Emma Schulte, appellants. Gen. No. 34,577.

Opinion filed May 13, 1931. Rehearing denied May 26, 1931.

Robert D. Melick, for appellants. Joseph C. Cowen, for appellee; Isadore Becker and Edward McTiernan, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson, as Auditor of Public Accounts of the State of Illinois, Chicago Trust Company, receiver of Roosevelt-Bankers State Bank, appellee, v. Supreme Liberty Life Insurance Company and David Manson, appellants. Gen. No. 35,190.

Opinion filed May 13, 1931.

Earl B. Dickerson and Theophilus M. Mann, for appellants; Earl B. Dickerson, of counsel. L. J. Behan and Wm. J. Corrigan, for appellee.

Mr. Justice Hebel delivered the opinion of the court.